United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Carlo Savaglio, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 14-80787-Civ-Scola |
| ) | |
| U.S. Venture Group, Inc., and ) | |
| others, Defendants ) | |

## Final Order Of Dismissal With Prejudice

THIS MATTER is before the Court on the parties' Joint Motion For Approval of Settlement (ECF No. 24). Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

Accordingly, the Court **approves** the settlement agreement. The Court **dismisses** this case with prejudice and directs the Clerk to **close** this matter. The Court **denies as moot** any pending motions. The Court reserves jurisdiction to enforce the parties' settlement agreement.

**Done and ordered** in chambers, at Miami, Florida, on December 12, 2014.

_____
Robert N. Scola, Jr.
United States District Judge